**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
### *SOUTHERN DISTRICT OF OHIO*

|  |  |
|---|---|
| DARRELL DEVORE, | JUDGMENT IN A CIVIL CASE |
| vs | Case Number C-2-03-215 |
| ROLLS-ROYCE ENERGY SYSTEMS, INC. et al., | **Judge Algenon L. Marbley** |
|  | Magistrate Judge Abel |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the June 15, 2005 Order, Defendants' Motion for Summary Judgment is **GRANTED** in all respects.  Defendant Rolls-Royce's Motion for Summary Judgment is **GRANTED** in all respects.  This case is dismissed.

Date:  **June 15, 2005**               **James Bonini, Clerk**

                                            s/Betty L. Clark
                                            Betty L. Clark/Deputy Clerk